LAW OFFICES OF BILL LATOUR
JESSICA WARNER [CSBN: 257274]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 954-2380
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA –EASTERN DIVISION

| | |
|---|---|
| SERGIO FELIPE PINON ) | No: 5:23-cv-00029-E |
| ) | |
|    Plaintiff, ) | <u>ORDER AWARDING EAJA FEES</u> |
| ) | |
|    v. ) | |
| ) | |
| KILOLO KIJAKAZI, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
|    Defendant. ) | |

   Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

   IT IS ORDERED that EAJA attorney fees are awarded in the amount of FIVE THOUSAND DOLLARS AND 00/100 ($5,000.00) and zero costs ($0.00), subject to the terms of the stipulation.

   DATE: 9/13/2023      \_\_\_\_\_/s/ Charles F. Eick_____
                                       HON. CHARLES F. EICK
                                       UNITED STATES MAGISTRATE JUDGE